FORM B5
(12/02)

# United States Bankruptcy Court
## Western District of Texas

**INVOLUNTARY PETITION**

| IN RE: (Name of Debtor - If individual, Enter: Last, First, Middle) **CKG Pipeline, LLC** | ALL OTHER NAMES used by debtor in the last 6 years (include married, maiden, and trade names) |
|---|---|

SOC. SEC. /TAX I.D. NO. (If more than one, state all)

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) **16525 Kidd Lane** **Austin, Texas 78734** | MAILING ADDRESS OF DEBTOR (if different from street address) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **Travis** | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses)
**Quay County, New Mexico**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ☑ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual           ☐ Corporation Publicly Held
☐ Partnership         ☑ Corporation Not Publicly Held
☐ Other: _____

A. TYPE OF BUSINESS (Check one)
☐ Professional      ☐ Transportation     ☐ Commodity Broker
☐ Retail/Wholesale  ☐ Manufacturing/     ☐ Construction
☐ Railroad              Mining              ☐ Real Estate
                        ☐ Stockbroker       ☑ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS
**Transporting Oil and Gas**

## VENUE

☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days in any other District.
☐ A Bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor **CKG Energy, Inc.** | Case Number **04-11551-fm** | Date **12/31/2004** |
|---|---|---|
| Relationship **Sole Memeber** | District **Texas, Western District** | Judge **Monroe** |

## ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;

or

b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

FORM 5 Involuntary Petition (12/02)

Name of Debtor **CKG Pipeline, LLC**

Case No. _____ (court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X **/s/ Mark Downie** <br> Signature of Petitioner or Representative  (State title) <br> **Mark Downie**          4/28/04 <br> Name of Petitioner    Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity <br> **Mark Downie** <br> **286 Pebble Beach Drive** <br> **Brentwood, Calinfornia 94513** | X **/s/Gray Byron Jolink**        4/28/04 <br> Signature of Attorney              Date <br> **Gray Byron Jolink** <br> Name of Attorney Firm (If any) <br> **4131 Spicewood Springs Rd.** <br> **Bldg. C-8** <br> **Austin, TX  78759** <br> Address <br> **512/346-7717** <br> Telephone No. |
| X **/s/ Merlyn Price** <br> Signature of Petitioner or Representative  (State title) <br> **Merlyn Price**         4/28/04 <br> Name of Petitioner    Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity <br> **Merlyn Price** <br> **11248 Mountain View** <br> **Madera, Calinfornia 95662** | X **/s/Gray Byron Jolink**        4/28/04 <br> Signature of Attorney              Date <br> **Gray Byron Jolink** <br> Name of Attorney Firm (If any) <br> **4131 Spicewood Springs Rd.** <br> **Bldg. C-8** <br> **Austin, TX  78759** <br> Address <br> **512/346-7717** <br> Telephone No. |
| X **/s/ Loren Nowell** <br> Signature of Petitioner or Representative  (State title) <br> **Loren Nowell**          4/28/04 <br> Name of Petitioner    Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity <br> **Loren Nowell** <br> **121 Wild River Lane** <br> **Folsom, California 95630** | X **/s/Gray Byron Jolink**        4/28/04 <br> Signature of Attorney              Date <br> **Gray Byron Jolink** <br> Name of Attorney Firm (If any) <br> **4131 Spicewood Springs Rd.** <br> **Bldg. C-8** <br> **Austin, TX  78759** <br> Address <br> **512/346-7717** <br> Telephone No. |

**PETITIONING CREDITORS**

_3_ Continuation sheets attached

FORM 5 Involuntary Petition
(12/02)

Name of Debtor **CKG Pipeline, LLC**
Case No. _____
(court use only)

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Mark Downie**<br>**286 Pebble Beach Drive**<br>**Brentwood, Calinfornia 94513** | **Money Owed from Investment in Oil and Gas Well** | **750,000.00** |
| **Merlyn Price**<br>**11248 Mountain View**<br>**Madera, California 95662** | **Money Owed from Investment in Oil and Gas Well** | **50,000.00** |
| **Loren Nowell**<br>**121 Wild River Lane**<br>**Folsom, California 95630** | **Money Owed from Investment in Oil and Gas Well** | **50,000.00** |
| | Total Amount of Petitioners, Claims | **$ 850,000.00** |

<u>3</u>  Continuation sheets attached

FORM 5 Involuntary Petition
(12/02)

Name of Debtor **CKG Pipeline, LLC**

Case No. _____
(court use only)

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS REPORT - Additional | | |
|---|---|---|
| Name of Debtor<br>**Michael David George** | Case Number<br>**04-11631** | Date<br>**03/25/2004** |
| Relationship<br>**Principal of CKG Ene** | District<br>**Texas, Western District** | Judge<br>**Monroe** |

<u>3</u>  Continuation sheets attached